UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Young America Corporation, a
Minnesota corporation,

        Plaintiff,                      Civil No. 05-2524 (RHK/AJB)

vs.                                **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Kay Ivey, in her capacity as the State
Treasurer for the State of Alabama, et al.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 2, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge